```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 10374
   KENDRA GRAY
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2241
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/11/07 .

2. The case was dismissed without confirmation, 12/07/2007.

3. The Debtor paid a total of $   2240.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | .00 | .00 | 1793.06 |
| DELL FINANCIAL | SECURED | 200.00 | .00 | 197.23 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL SVCS | SECURED | .00 | .00 | 169.61 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST REVENUE ASSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RICKENBACKER COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|                      | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL   |
|----------------------|---------:|---------:|----------:|------:|--------:|
| TOTAL CLMS ALLOWED   |   200.00 |      .00 |       .00 |   .00 |  200.00 |
| PRINCIPAL PAID       |  2159.90 |      .00 |       .00 |   .00 | 2159.90 |
| INTEREST PAID        |      .00 |      .00 |       .00 |   .00 |     .00 |
| TOTAL PAID           |  2159.90 |      .00 |       .00 |   .00 | 2159.90 |

The Debtor's attorney, ERNESTO D BORGES JR           , was allowed $   3000.00
and was paid $    400.00  direct and $      .00  through the plan.

The Trustee received $     80.10 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/10/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE


                                  PAGE   2
        CASE NO. 07 B 10374 KENDRA GRAY